|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | UNITED STATES DISTRICT COURT | |
| 8 | WESTERN DISTRICT OF WASHINGTON AT SEATTLE | |
| 9 | | |
| 10 | CARMEN JOHN PERRI, | CASE NO. C19-0297JLR |
| 11 | Plaintiff, | ORDER TO SHOW CAUSE |
| 12 | v. | |
| 13 | 2301 THIRD AVENUE, LP, | |
| 14 | Defendant. | |

The court ORDERS the parties to show cause why this matter should not be consolidated with all of the following matters for pretrial purposes or for pretrial and trial purposes: (1) *Perri v. Mayflower Park Hotel Inc.*, No. C19-0132JLR; (2) *Perri v. Moore Hotel Inc.*, No. C19-0149JLR; (3) *Perri v. 425 Queen Anne, LLC*, No. C19-0137JLR; (4) *Perri v. 621 Apartments, LLC*, No. C19-0139JLR; (5) *Perri v. Sorento Hotel Partnership*, No. C19-0144JLR; and (6) *Perri v. Wedgewood Court III Associates LLC*, No. C19-0110JLR. The court further ORDERS the parties to file their responses to this order

//

within seven (7) days of the date of this order and to limit their responses to no more than five (5) pages.

Dated this 16th day of April, 2019.

JAMES L. ROBART
United States District Judge