HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARMEN JOHN PERRI,<br><br>    Plaintiff,<br>v.<br><br>MAYFLOWER PARK HOTEL, INC.,<br><br>    Defendant. | NO. C19-0132JLR<br><br>JOINT MOTION AND ORDER TO DISMISS 2301 THIRD AVENUE LP |
| CARMEN JOHN PERRI,<br><br>    Plaintiff,<br>v.<br><br>425 QUEEN ANNE, LLC.,<br><br>    Defendant. | |
| CARMEN JOHN PERRI,<br><br>    Plaintiff,<br>v.<br><br>621 APARTMENTS, LLC,<br><br>    Defendant. | |

*JOINT MOTION AND ORDER TO DISMISS 2301 THIRD AVENUE LP* – 1
C19-0132JLR

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100

|   |   |
|---|---|
| 1 | CARMEN JOHN PERRI, |
| 2 | Plaintiff, |
|   | v. |
| 3 |   |
| 4 | SORRENTO HOTEL PARTNERSHIP, |
|   | Defendant. |
| 5 |   |
| 6 | CARMEN JOHN PERRI, |
| 7 | Plaintiff, |
|   | v. |
| 8 |   |
| 9 | 2301 THIRD AVENUE LP, |
|   | Defendant. |
| 10 |   |

Plaintiff CARMEN JOHN PERRI and Defendant 2301 THIRD AVENUE LP agree and move the Court under FRCP 41 for an Order dismissing Defendant 2301 THIRD AVENUE LP with prejudice and without an award of costs, attorney fees or interest to any party.

AGREED this 20th day of August, 2019.

| THE LAW OFFICE OF DAN N. FIORITO, III | BERESFORD BOOTH PLLC |
|---|---|
| /s/ Dan N. Fiorito | /s/ Timothy E. Steen |
| Dan N. Fiorito, III, WSBA No. 34009 | Timothy E. Steen, WSBA No.35560 |
| 844 NW 48th Street | Nicholas L. Jenkins, WSBA No.31982 |
| Seattle, Washington 98107 | 145 Third Avenue South |
| Telephone: (206) 299-1582 | Edmonds, Washington 98020-3593 |
| Facsimile: (206) 770-7590 | Telephone: (425) 776-4100 |
| Email: dan@danfiorito.com | Facsimile: (425) 776-1700 |
| *Attorney for Carmen John Perri* | Email: tims@beresfordlaw.com |
|   | nickj@beresfordlaw.com |
|   | *Attorneys for 2301 Third Avenue LP* |

*JOINT MOTION AND ORDER TO DISMISS
2301 THIRD AVENUE LP* – 2
C19-0132JLR

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100

## [PROPOSED] ORDER

Based on the Joint Motion of the Parties, IT IS HEREBY ORDERED that:

Defendant 2301 THIRD AVENUE LP is dismissed with prejudice and without costs, fees, or interest awarded to any party.

DONE IN OPEN COURT this 20th day of August, 2019.

_____
HONORABLE JAMES L. ROBART

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following attorneys/interested parties:

Dan N. Fiorito, III        dan@danfiorito.com
Attorney for Plaintiff

By: */s/ Leah Bartoces*
Leah Bartoces, Paralegal

*JOINT MOTION AND ORDER TO DISMISS*
*2301 THIRD AVENUE LP* – 3
C19-0132JLR

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100